IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAP DISTRIBUTORS, INC.,<br><br>*Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE SERVICES FOR YOU INC.,<br><br>Defendant. | Civil Action No. 1:18-cv-01267-TSE-IDD |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Lap Distributors, Inc. ("Plaintiff"), and Defendant Insurance Services For You Inc., by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to a dismissal, with prejudice, of Plaintiff's Complaint in this action. All parties who have appeared in this matter have signed this stipulation, under which each party will bear its own costs.

So Ordered.

/s/ 1/22/19
_____
T. S. Ellis, III
United States District Judge

Dated: January 22, 2019

Respectfully submitted,

ROTH JACKSON GIBBONS CONDLIN PLC

*/s/ Joseph P. Bowser*
Joseph P. Bowser (VSB# 88399)
Roth Jackson Gibbons Condlin PLC
11 S. 12th Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 441-8701
Fax: (804) 441-8438
Email: jbowser@rothjackson.com
*Counsel for Defendant*

THE KAPLAN LAW FIRM PLLC

*/s/ Matthew B. Kaplan*
Matthew B. Kaplan (VSB# 51027)
The Kaplan Law Firm PLLC
1100 N Glebe Road, Suite 1010
Arlington, Virginia 22201
Telephone: (703) 665-9529
Fax: (888) 958-1366
E-mail: MBKaplan@thekaplanlawfirm.com
*Counsel for Plaintiff*

2